**Order entered March 3, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00195-CV

## IN RE MUAMAR ASAD SAYYED, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82405-07**

## ORDER

Before Justices Bridges, Osborne, and Reichek

Based on the Court's opinion of this date, we **DENY** relator's February 13, 2020 petition for writ of mandamus.

/s/    DAVID L. BRIDGES
        JUSTICE